## 63537. GARLAND v. THE STATE.

BANKE, Judge.
This court having previously granted appointed counsel's motion to withdraw on the ground that our review of the record and transcript revealed no arguable merit to the appeal, the judgment of conviction is hereby affirmed.

*Judgment affirmed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED FEBRUARY 17, 1982.

Yancey Garland, *pro se.*
*Darrell E. Wilson, District Attorney,* for appellee.